```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 38774
   CARMEN SANJURJO
                                                 CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-3840


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/19/04 and confirmed on 02/04/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  28880.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 4247.64 | .00 | 4247.64 |
| HSBC | CURRENT MORTG | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 1641.00 | .00 | 1641.00 |
| AMERICAN GENERAL FINANCE | SECURED | 1200.00 | .00 | 1200.00 |
| WORLD FINANCIAL NETWORK | SECURED | 200.00 | .00 | 200.00 |
| ADDISON MEDICAL ASSOCIAT | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 1982.59 | .00 | 614.60 |
| ECAST SETTLEMENT CORP | UNSECURED | 910.60 | .00 | 282.29 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4157.14 | .00 | 1288.71 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2861.28 | .00 | 887.00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10332.09 | .00 | 3202.95 |
| DUPAGE EMERGENCY PHYSICI | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| CENTER OF BALANCE PC | UNSECURED | 945.75 | .00 | 293.18 |
| LINDEN OAKS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 619.48 | .00 | 192.04 |
| MIDWEST MODERN MEDICAL B | UNSECURED | 9710.29 | .00 | 3010.19 |
| NORDSTROM FSB | UNSECURED | 499.47 | .00 | 154.84 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST MODERN MEDICAL B | UNSECURED | NOT FILED | .00 | .00 |
| RIAZ BARBER MD | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 543.62 | .00 | 168.52 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 15157.96 | .00 | 4698.97 |

```
WORLD FINANCIAL NETWORK   UNSECURED         2464.57              .00          764.02
AMERICAN GENERAL FINANCE UNSECURED          1656.40              .00          513.48
      Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   7288.64          .00     51841.24          .00     59129.88
PRINCIPAL PAID       7288.64          .00     16070.79          .00     23359.43
INTEREST PAID            .00          .00          .00          .00          .00
TOTAL PAID           7288.64          .00     16070.79          .00     23359.43
```

The Debtor's attorney, DANIEL J WINTER              , was allowed $   4215.50
and was paid $    406.00   direct and $    3809.50   through the plan.

The Trustee received $    1207.20 .

Refunds to the Debtor totaled $     503.87 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 10/11/07                   /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 38774 CARMEN SANJURJO